UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| C.J. Trefry, as Parent of CT and JT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:11-cv-00107-JAW |
| | ) | |
| JENNIFER GRANHOLM, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| C.J. Trefry, as Parent of CT and JT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:11-cv-00108-JAW |
| | ) | |
| JAMES COCHORANE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE, GRANTING MOTION TO AMEND COMPLAINT, AND ORDER DISMISSING AMENDED COMPLAINT**

C.J. Trefry has filed two lawsuits in this Court.[1] In *Trefry v. Granholm*, 11-cv-107-JAW (*Granholm*), Ms. Trefry has filed suit against nine Michigan defendants and two Massachusetts defendants alleging that the state of Michigan unlawfully detained her two minor children in protective custody and alleging a dispute with the commonwealth of Massachusetts over the education of her children. In *Trefry v. Cochorane*, 11-cv-108-JAW (*Cochorane*), Ms. Trefry names six defendants and

---

[1] Ms. Trefry's handwritten complaint against Jennifer Granholm formerly the Governor of Michigan was misread as alleging a claim against Jennifer Granholin. The Court has corrected the caption to reflect former Governor Granholm's correct name.

alleges a breach of contract by certain individuals in Michigan apparently regarding her visitation rights. Although never consolidated, these cases have proceeded along the same track and, as the Magistrate Judge did, the Court will address each within this Order.

On March 25, 2011, the United States Magistrate Judge filed her Recommended Decisions with the Court. *Recommended Decision* (Docket # 4) (*Granholm*); (*Cochorane*). Plaintiff C.J. Trefry filed her objections to the Recommended Decision on April 8, 2011. *Mem.* (Docket # 6) (*Granholm*) (*Cochorane*). The Court has reviewed and considered the Magistrate Judge's Recommended Decisions, together with the entire record; the Court has made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decisions; and, the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decisions, and determines that no further proceeding is necessary.

There are two additional matters. In her objections, which were identical and filed in each case, Ms. Trefry indicates that she discovered further information, which she believes cures the deficiencies in her Complaints. *Mem.* at 1, Attach. 1 (*Granholm*) (*Cochorane*). Viewed liberally, her memoranda and the attachments could be construed as motions to amend the Complaints. Unfortunately, the additional information in the attachments does not cure the significant legal inadequacy of the Complaints and even if Ms. Trefry's amendment is allowed as a matter of course, the Amended Complaints still do not state viable federal causes of

action. Pursuant to Rule 15(a)(1), the Court will grant the motions to amend the Complaints; nevertheless, the Amended Complaints are still subject to dismissal for the same reasons the Magistrate Judge set forth in her Recommended Decisions. Whether technically this Order is an affirmance of the Recommended Decisions or with the amendment stand-alone Orders is beside the point since the result is the same. The Court will affirm the Recommended Decisions and Order the Amended Complaints dismissed under either possibility.

In her memoranda, Ms. Trefry asks the Court for free legal assistance. *Mem.* at 1 (*Granholm*) (*Corchorane*). Unfortunately, the Court cannot provide Ms. Trefry with free legal assistance for claims of this sort. In both *Trefry v. Granholm* and *Trefry v. Corchorane*, the Court ORDERS as follows:

1. The Court GRANTS the Plaintiff's Motions to Amend the Complaint (Docket # 6);
2. The Court AFFIRMS the Recommended Decisions of the Magistrate Judge;
3. The Court DISMISSES Plaintiff C.J. Trefry's Amended Complaints (Docket # 1, 6).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 11th day of April, 2011

3